JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARNULFO GONZALES, | ) | CASE NO. SA CV 13-1384-JGB (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| JOHN N. KATAVICH, WARDEN, | ) | |
| Respondent. | ) | |

   Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

   DATED:    March 27, 2014   .

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

S:\JGB\CRD FOLDER\R&R PROCESSED ORDERS\SA13CV01384JGB-J.wpd